ATTORNEY GRIEVANCE COMMISSION OF MARYLAND

       Petitioner,

v.

STEVEN COCHARIO ANTHONY

       Respondent.

\*     IN THE
       COURT OF APPEALS
\*     OF MARYLAND

\*     Misc. Docket AG
       No. 9

\*

       September Term, 2019

\*

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Steven Cochario Anthony, to disbar the Respondent from the practice of law.  The Court having considered the Petition, it is this 11th day of September, 2019,

ORDERED, by the Court of Appeals of Maryland that Respondent, Steven Cochario Anthony, be, and he hereby is, disbarred from the practice of law in the State of Maryland for violation of Rule 8.4(a), (b), (c) and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

ORDERED, that the Clerk of this Court shall remove the name of Steven Cochario Anthony from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk